a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KEITH J GERALD #591112,                    CIVIL DOCKET NO. 1:24-CV-01587
Plaintiff                                                              SEC P

VERSUS                                                       JUDGE DRELL

CHRISTOPHER GOAD ET AL,           MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 filed by pro se Plaintiff Keith Gerald ("Gerald"), an inmate at Catahoula Correctional Center in Harrisonburg, Louisiana. Gerald alleges a violation of constitutional rights by Assistant Warden Christopher Goad and Sheriff Hendrix.

Because Gerald failed to comply with the Court's Order, the Complaint should be DISMISSED WITHOUT PREJUDICE.

I.    Background

Gerald alleges that he was subjected to excessive force and denied medical care. He was ordered to amend the Complaint by April 7, 2025, to provide additional factual allegations to support his claim. ECF No. 6. To date, no amended complaint has been filed.

II.   Law and Analysis

A district court may dismiss an action for a petitioner's failure to prosecute or to comply with any order. *See* Fed. R. Civ. P. 41(b). The dismissal may occur upon

1

the motion of a defendant or the Court's own motion.  The authority to dismiss *sua sponte* is provided to "achieve the orderly and expeditious disposition of cases"; to "prevent undue delays"; and to "avoid congestion in the calendars of the District Courts."  *Link v. Wabash Railroad Co.,* 370 U.S. 626, 629-31 (1962); *see also Morris v. Ocean Sys., Inc.,* 730 F.2d 248, 251 (5th Cir. 1984); *Anthony v. Marion County General Hospital,* 617 F.2d 1164, 1167 (5th Cir. 1980).

Gerald failed to comply with the Court's Order to amend, and he has not requested an extension of time within which to comply.  Therefore, the Complaint should be dismissed under Rule 41.

## III.    Conclusion

Because Gerald failed to comply with the Court's Order, IT IS RECOMMENDED that the Complaint (ECF No. 1) be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b).  A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause.  A party's failure to timely file written objections to this Report and

Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, February 23, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE