UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KEITH J GERALD #591112                                    CASE NO.  24-cv-1587 SEC P

-vs-                                                                        JUDGE DRELL

CHRISTOPHER GOAD ET AL              MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana this __17__ day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT